| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| TRAVIS WOODS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:17-CV-73 |
| | § | |
| THE HOME DEPOT, INC., *doing business* | § | |
| *as Home Depot #8419*, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiff's Motion to Dismiss Without Prejudice (#4) is GRANTED. Accordingly, this action is dismissed in its entirety, without prejudice. Each party shall bear its own costs of court and attorney's fees.

SIGNED at Beaumont, Texas, this 5th day of April, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE